# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

       Plaintiff-Appellee,

v

NASSER MOHAMAD BAZZI,

       Defendant-Appellant.

UNPUBLISHED
October 1, 2015

No. 320065
Wayne Circuit Court
LC No. 13-007077-FC

Before: WILDER, P.J., and SHAPIRO and RONAYNE KRAUSE, JJ.

SHAPIRO, J (*concurring*).

       I concur in the result only.

                               /s/ Douglas B. Shapiro

-1-